**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IRENE D. GONZALEZ, | § | NO. 1:26-cv-00048-DAE |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| COMMISIONEER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant, | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation ("the Report") submitted by United States Magistrate Judge Susan Hightower. (Dkt. # 14.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court ADOPTS Magistrate Judge Hightower's recommendations and GRANTS Defendant's Unopposed Motion to Remand. (Dkt. # 14.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 14.) Plaintiff Irene D. Gonzalez ("Gonzalez") challenges the decision of Defendant Commissioner of Social Security Administration ("the Commissioner") that she is not disabled under the Social Security Act ("SSA"),

arguing that the administrative law judge's assessment of her residual functional capacity is not supported by substantial evidence. (Dkt. # 14.) Defendant moved to reverse and remand this action to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Dkt. # 13.) Gonzalez does not oppose remand. (Dkt. # 14.)

Magistrate Judge Hightower found that remand is appropriate to ensure that the Commissioner properly considers Gonzalez's claim of disability. (Dkt. # 14.) Magistrate Judge Hightower recommended that the Court grant Defendant's Unopposed Motion to Remand (Dkt. # 13), reverse and remand this action under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings and enter judgement on behalf of Gonzalez. (Dkt. # 14.) Magistrate Judge Hightower filed her Report on September 2, 2026. (Dkt. # 14.) Neither party has filed objections.

DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion that remand under sentence four of 42 U.S.C. § 405(g) is appropriate, reasonable, and

absent of clear error. (Dkt. # 14.) The Court determines that the Magistrate Judge's conclusions are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. (Dkt. # 14.) The Court **GRANTS** Defendant's Unopposed Motion to Remand to the Commissioner. (Dkt. # 13.) The Court **REVERSES AND REMANDS** this action to the Commissioner of Social Security for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g).

The Clerk of Cout is hereby instructed to enter judgment on behalf of Gonzalez and close this case.

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, September 28, 2026.

David Alan Ezra
Senior United States District Judge